1

2

3

4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                    AT SEATTLE

6    NELS JOHNSON,

7                         Plaintiff,

8              v.                                   Case No. C04-1463RSM

9    GEORGIA-PACIFIC CORPORATION, a wholly          TAXATION OF COSTS
     owned subsidiary of GP HOLDINGS, LLC, a
10   private company, successor in interest to
     CROWN ZELLERBACH et al.,
11
                          Defendants.
12

13          Costs in the above-entitled action are hereby taxed against DEFENDANT GEORGIA-PACIFIC

14   CORPORATION and on behalf of PLAINTIFF in the amount of $697.00.

15          Dated this _____24th_____ day of JANUARY, 2008 .

16

17

18                                            _____

19                                            Bruce Rifkin

20                                            Clerk, U.S. District Court

21

22

23

24

25

26   TAXATION OF COSTS -- 1